IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| PRECISION TACTICAL ARMS COMPANY, LLC,<br><br>  Petitioner,<br><br>v.<br><br>AARON GERBER,<br>In his Official Capacity as Director of Industry Operations for the Tampa Field Division of the Bureau of Alcohol, Tobacco, Firearms & Explosives<br><br>  Respondent. | Civil Case Number:<br>3:23-CV-07752-TKW-HTC |

## NOTICE OF FILING DOCUMENTS IN OPPOSITION TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION

Respondent, Aaron R. Gerber, Director, Industry Operations, Tampa Field Division, Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF), United States Department of Justice, by and through its attorneys, Jason R. Coody, United States Attorney for the Northern District of Florida, and William Pafford, Assistant United States Attorney, hereby files the following documents in opposition to Petitioner's Motion for Temporary Restraining Order and Preliminary Injunction:

| EXHIBIT | DESCRIPTION |
|---|---|
| 1. | Transcript of Administrative Hearing held on January 26, 2023 with Government Exhibits (G-__) and Licensee Exhibits (L-__) <br><br> G-1    Notice to Revoke or Suspend License and/or Impose a Civil Fine ATF E-Form 4500(5300.4) dated August 4, 2022 with delivery August 8, 2022 <br><br> G-2    Request for Hearing on Notice for Revocation from Precision tactical Arms Company LLC dated August 9, 2022 <br><br> G-5    2018 Report of Violations dated July 6, 2018 <br><br> G-6    Revised 2018 Report of Violations <br><br> G-7    2018 Acknowledgment of Federal Firearms Regulations dated July 6, 2018 <br><br> G-8    2018 Warning Conference Scheduling Letter to Licensee from ATF dated August 16, 2018 <br><br> G-9    2018 Follow Up Letter to Warning Conference held on August 29, 2018 to Licensee from ATF dated September 4, 2018 <br><br> G-10    2019 Report of Violations <br><br> G-11    Revised 2019 Report of Violations dated November 19, 2019 <br><br> G-13    2019 Warning Conference Scheduling Letter to Licensee from ATF dated December 12, 2019 <br><br> G-14    2019 Follow Up Letter to Warning Conference held on January 29, 2020 to Licensee from ATF dated February 4, 2020 |

| EXHIBIT | DESCRIPTION |
|---------|-------------|
| G-21 | Copy of Firearms Transaction Record ATF Form 4473 (5300.9) |
| G-21A | Copy of Acquisition and Disposition Record for firearms transactions (G-21) |
| G-70 | Copy of Report of Violations dated November 3, 2021 |
| L-A | Copy of email to the Licensee from Luke Coldiron dated September 24, 2022 |
| L-B | Copy of Affidavit of Luke Coldiron dated January 21, 2023 |
| L-C | Copy of Licensee Acquisition and Disposition |
| L-D | Copy of Training Procedures for EZ ArmsKeeper and 4473's |
| L-E | Copy of Precision Tactical Arms Company LLC Internal Audit Procedures |
| 2. | Final Notice of Denial of Application, Revocation Suspension and/or Fine of Firearms Licensee ATF Form 5300.13 issued to Precision Tactical Arms Company LLC on March 7, 2023. |

Respectfully submitted,

JASON R. COODY
United States Attorney

*/s/ William G. Pafford*
William G. Pafford
Assistant United States Attorney
Florida Bar No. 0099594
Herbert S. Lindsey
Assistant United States Attorney
Texas Bar No. 00784476
111 North Adams Street, 4th Floor
Tallahassee, FL 32301
Telephone: 850-942-8430
Fax: 850-942-8466
herbert.lindsey@usdoj.gov
william.pafford@usdoj.gov
Attorneys for Respondent