# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| PRECISION TACTICAL ARMS COMPANY, LLC, | Case No.: 3:23-CV-07752 |
| Petitioner, | |
| v. | |
| AARON GERBER, In his Official Capacity as Director of Industry Operations for the Tampa Field Division of the Bureau of Alcohol, Tobacco, Firearms & Explosives | |
| Respondent. | |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)

Petitioner, Precision Tactical Arms Company, LLC, by and through undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby voluntarily dismisses this action. Respondent has been served with service of process, and has not filed an answer or motion for summary judgment. Petitioner has not dismissed any other action based on or including the same claim or claims as those presented in this action.

Respectfully submitted,

/s/ Michael Truman
Michael A. Truman, Ohio Bar Number - 0092506
CHESHIRE DEBROSSE, P.C.
7240 Muirfield Dr., Suite 160
Dublin, OH 43017
Telephone: 888.399.7863 | Fax: 888.271.6215
michael@munitionsgroup.com
*Attorney for Petitioner*